IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OLEG SHULZHENKO, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08 C 2285 |
| | ) |
| | ) JUDGE NORGLE |
| LIFE INSURANCE COMPANY OF NORTH | ) |
| AMERICA (a CIGNA company), | ) MAGISTRATE JUDGE MASON |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on May 23, 2008, at 9:30 a.m., we will appear before the Honorable Judge Charles R. Norgle, or any judge sitting in his stead, in courtroom 2341 of the Dirksen Building, 219 S. Dearborn St., Chicago, IL 60604 and then and there present **Defendant's Motion for Extension of Time**.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Peter E. Pederson
One of its Attorneys

Daniel K. Ryan
Peter E. Pederson
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 15, 2008, I e-filed this notice using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified above.

s/ Peter E. Pederson

6318956v1 838180